JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK M. ANDERSEN,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; SOUTH COAST MARINE YACHT BUILDERS, LTD; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. SA CV 10-01807 JVS (PJWx)<br><br><br><br>JUDGMENT |

TO ALL PARTIES AND TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above entitled matter came for hearing on April 18, 2011 in Court Room10C of the above entitled Court, at 1:30 p.m. the Honorable James V. Selna presiding, on Defendants Pacific Asian Enterprises, Inc. and South Coast Marine Yacht Builders, Ltd.'s motion to dismiss the First Amended Complaint ("FAC"). Paul Marron and Mark John Polland appeared on behalf of plaintiff Erik M. Andersen and Frank A. Conner appeared on behalf of

Pacific Asian Enterprises, Inc. and South Coast Marine Yacht Builders, Ltd. After reviewing all papers submitted in support and in opposition to the motion to dismiss, and hearing oral argument from all parties, the Court granted the motion to dismiss with prejudice as to all defendants.

THEREFORE, judgment is entered in favor of defendants Pacific Asian Enterprises, Inc. and South Coast Marine Yacht Builders, Ltd and against plaintiff Erik M. Andersen on all causes of action.

Defendants Pacific Asian Enterprises, Inc. and South Coast Marine Yacht Builders, Ltd are entitled to costs against plaintiff Erik M. Andersen.

Defendant Pacific Asian Enterprises, Inc. is entitled to its reasonable attorneys' fees against plaintiff Erik M. Andersen in the amount of $_____ pursuant to the contractual right to attorneys' fees set out in the contract between the parties (FAC, page 47, third paragraph from the bottom) set by noticed motion.

Dated: April 28, 2011

By /s/ James V. Selna
James V. Selna
United States District Court Judge

WORDES, WILSHIN & CONNER, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2